UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| CAROLE L. RABIN, | ) | CASE NO. 07 B 23030 |
| | ) | |
| DEBTOR. | ) | JUDGE A. BENJAMIN GOLDGAR |

### ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE

This cause coming to be heard on the routine motion of the United States Trustee for an additional extension of time to object to the Debtor's discharge, due notice having been given:

**IT IS HEREBY ORDERED** that the last day for the U.S. Trustee to object to the Debtor's discharge is extended through and including November 3, 2008. *Final date*

DATE: 1 2 SEP 2008

UNITED STATES BANKRUPTCY JUDGE